|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | EASTERN DISTRICT OF WASHINGTON |

| | |
|---|---|
| RANDY P. BROWN, | NO: 13-CV-0137-TOR |
| Plaintiff, | |
| v. | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |
| SGT D. HOSS and WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

BEFORE THE COURT is Plaintiff Randy P. Brown's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 15). Defendants have not been served in this action. The motion is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a motion to waive collection of the remaining balance of the filing fee in this action (ECF No. 16). For good cause shown, the motion is **GRANTED**. The institution having custody of Mr. Brown shall cease collection of the filing fee in this action, cause number **13-CV-0137-TOR.**

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --1

All pending motions are **DENIED as moot.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** October 1, 2013.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE --2